# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONDRA MOLINA ZENDEJAS and RODRIGO MOLINA,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: **5:23-cv-00663-SB-SHK**<br><br>**ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Honorable Judge Stanley Blumenfeld, Jr. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs ALONDRA MOLINA ZENDEJAS and RODRIGO MOLINA (**Plaintiffs**) and Defendant FORD MOTOR COMPANY (**Defendant**), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiffs' attorney's fees, costs and expenses.

-2-

1    **THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $8,500.00 in attorney fees, costs and expenses in a check made payable to the Knight Law Group and Plaintiffs hereby agree to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $8,500.00 to Plaintiffs within 45 days of June 14, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 27, 2023



_____
JUDGE OF THE UNITED STATES
DISTRICT COURT